UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OUR CHILDREN INTERNATIONAL, INC., | : : : |
| Plaintiff | : Civil Action No. 07-1449(KSH) : : |
| v. | : ORDER ON INFORMAL APPLICATION : : |
| CHILDREN INTERNATIONAL, INC., | : : |
| Defendant | : : |

**THIS MATTER** having come before the Court by way of letter dated January 3, 2008, regarding defendants' request for leave to file a third-party complaint against a controlling figure in plaintiff's corporation;

and the Court having conducted a telephone conference on January 9, 2008;

and the defendant advising that such relief is sought because the proposed party's deposition showed her role in the trademark activity;

and the plaintiff asserting that this individual's role has been known since the production of responses to interrogatories and document demands;

and the Court determining that any request for leave to amend the answer to add a third-party complaint against this individual must include the facts surrounding when sufficient information was know about her role;

and the Court being further advised that the plaintiffs have not responded to certain supplemental discovery demands nor have they provided deposition dates;

and the Court directing that such supplemental discovery demands and deposition dates

be provided by the date set forth herein;

and the Court further setting a deadline to file the motion for leave to file a third-party complaint that is mindful of the parties' efforts to resolve the case;

and for the reasons discussed during the telephone conference;

and for good cause shown,

IT IS ON THIS 9th day of January, 2008

ORDERED that the motion for leave to file a third-party complaint shall be filed no later than **January 25, 2008.** Any response shall be submitted no later than **February 4, 2008**. No replies shall be submitted or oral argument be conducted unless requested by the Court. Nothing herein shall be deemed a ruling that the filing of such a motion is timely or will not result in undue delay;

IT IS FURTHER ORDERED that, no later than **January 25, 2008,** the plaintiffs shall: (1) provide responses to the supplemental document demands; and (2) dates for depositions; and

IT IS FURTHER ORDERED that all other deadlines remain unchanged.


                                                  s/Patty Shwartz  
                                                  UNITED STATES MAGISTRATE JUDGE